FRANK A. BEYER, Appellant, *v.* HENY SIGEL, Respondent.

*Beyer* v. *Sigel,* 75 App. Div. 83, affirmed.
(Argued January 25, 1904; decided February 9, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1902, which affirmed an order of the Cattaraugus County Court setting aside a verdict in favor of plaintiff and granting a new trial.

*George W. Cole* for appellant.

*J. H. Waring* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ.; CULLEN J., votes for dismissal of appeal.

---

LUCIE HAMILTON, Appellant, *v.* THE FIDELITY MUTUAL LIFE ASSOCIATION OF PHILADELPHIA, Respondent.

*Hamilton* v. *Fidelity Mut. L. Assn.,* 75 App. Div. 609, affirmed.
(Argued January 26, 1904; decided February 9, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Moses Shire* for appellant.

*Wilber E. Houpt* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on the ground that the exceptions to the charge presented error justifying the reversal by the Appellate Division; no opinion.
Concur: BARTLETT, HAIGHT, VANN and WERNER, JJ.; PARKER, Ch. J., in result. Absent: GRAY and CULLEN, JJ.